FILED
CLERK, U.S. DISTRICT COURT
NOV 2 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EDWARD MORENO,<br><br>　　　　Defendant. | Case No.: CR 08-01201-ODW-73<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　The Court finds that:

A.　(✓)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __nature of the offenses__

and/or

B. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _nature of the offenses after being on supervised release for 3 months; criminal record_

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: Nov. 2, 2011

_Alicia G. Rosenberg_
UNITES STATES MAGISTRATE JUDGE